IN THE ~~DISTRICT/~~SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

Alaska Electric Vehicle Association,
                            Plaintiff(s),

vs.

Launch Alaska,
                            Defendant(s).

CASE NO. 3AN-23-05164 CI

**SUMMONS AND NOTICE TO BOTH PARTIES OF JUDICIAL ASSIGNMENT**

To Defendant: Launch Alaska

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave., Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney or plaintiff (if unrepresented) Brett von Gemmingen, Esquire, whose address is: 637 W. 3rd Avenue, Anchorage, AK 99501.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form *Notice of Change of Address / Telephone Number* (TF-955), available at the clerk's office or on the court system's website at https://public.courts.alaska.gov/web/forms/docs/tf-955.pdf to inform the court. - OR - If you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

**NOTICE OF JUDICIAL ASSIGNMENT**

TO: Plaintiff and Defendant

You are hereby given notice that:

[✓] This case has been assigned to Superior Court Judge **Crosby** and to a magistrate judge.

[ ] This case has been assigned to District Court Judge _____.

CLERK OF COURT

3/14/23
Date

By: _____
Deputy Clerk

I certify that on 3/14/23 a copy of this summons was [✓] mailed [ ] given to
[ ] plaintiff [✓] plaintiff's counsel along with a copy of the
[ ] Domestic Relations Procedural Order [ ] Civil Pre-Trial Order
to serve on the defendant with the summons.
Deputy Clerk _____

**EXHIBIT 1**

* The State or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside the United States, you also have 40 days to file your answer.

CIV-100 ANCH (10/17)(cs)
SUMMONS

Civil Rules 4, 5, 12, 42(c), 55

| | |
|---|---|
| ALASKA ELECTRIC VEHICLE ASSOCIATION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>)<br>) |
| LAUNCH ALASKA, | )<br>) |
| Defendant. | ) Case No. 3AN-23-05164 CI |

**COMPLAINT**

COMES NOW Plaintiff, ALASKA ELECTRIC VEHICLE ASSOCIATION ("AKEVA"), by and through the undersigned counsel, and hereby complains and alleges as follows:

## COUNT I
### [COMMON COUNTS]

1. Plaintiff AKEVA is, at all times mentioned herein, a corporation organized and existing under the laws of the state of Alaska, in good standing, having paid its biennial corporate tax when last due and having filed its biennial report when last due with its principal place of business in Anchorage, Alaska, and is

THE LAW OFFICES OF
BRETT von GEMMINGEN, LLC
637 W. THIRD AVENUE
ANCHORAGE, AK 99501
TELEPHONE (907) 278-5935 • FACSIMILE (907) 278-2532

Case 3:23-cv-00080-SLG   Document 1-1   Filed 04/13/23   Page 2 of 7

otherwise qualified and has the capacity to bring and maintain this action.

2. Defendant LAUNCH ALASKA is, upon information and belief, a corporation organized and existing under the laws of the state of Alaska.

3. The Superior Court for the state of Alaska, Third Judicial District at Anchorage, has jurisdiction over the parties and the subject matter of this action.

4. In 2021 the parties to this action partnered on a United States Department of Energy grant application. The application was successful and a grant was awarded in the amount of $882,999. Launch Alaska was designated as the prime recipient of the grant and AKEVA was designated as a subrecipient of the grant. A subaward contract between the parties was subsequently signed by AKEVA on November 23, 2021, and by Launch Alaska on November 24, 2021.

5. On or about September 6, 2022 Launch Alaska provided AKEVA with a thirty (30) day notice of termination of the subaward contract.

6. Termination of the subaward contract is governed by the terms of the contract and by 2 CFR 200.472.

*Alaska Electric Vehicle Association v. Alaska Launch*
COMPLAINT
Page -2- of -6-

7. Launch Alaska remains in possession of AKEVA's property and refuses to pay the outstanding contract amounts and termination costs. The amount currently due is $146,152.46 plus return of the property.

8. Despite demand, the entire amount remains due, owing, and unpaid.

9. As a direct and proximate result of Launch Alaska's acts and omissions, AKEVA has been damaged in an amount in excess of One Hundred Thousand Dollars ($100,000.00), the exact amount to be proven at trial.

## COUNT II
### [BREACH OF CONTRACT]

10. AKEVA hereby incorporates the foregoing paragraphs as if fully set forth herein.

11. Launch Alaska has breached its contract with AKEVA by failing to pay the amounts due and owing under the contract and in accordance with federal law.

12. According to the contract and federal law, AKEVA is entitled to damages as a result of Launch Alaska's breach of its contract with AKEVA.

THE LAW OFFICES OF
BRETT VON GEMMINGEN, LLC
637 W. THIRD AVENUE
ANCHORAGE, AK 99501
TELEPHONE (907) 278-5935 • FACSIMILE (907) 278-2532

## COUNT III
### [BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING]

13. AKEVA hereby incorporates the foregoing paragraphs as if fully set forth herein.

14. Launch Alaska, as a result of its acts and omissions, has breached the covenant of good faith and fair dealing with regard to its contract with AKEVA. These acts and omissions include, but are not limited to, the intentional withholding of payment to AKEVA in an effort to cause financial strain upon AKEVA, terminating the contract to obtain the benefits of AKEVA's work in building a completed electrical connection route without having to pay AKEVA for the entirety of its work, and financially mismanaging the Department of Energy grant, including the misappropriation of sponsorship grants that were designed to aid AKEVA in purchasing fast charging equipment.

15. As a direct and proximate result of Launch Alaska's acts and omissions, AKEVA has been damaged in an amount in excess of One Hundred Thousand Dollars ($100,000.00), the exact amount to be proven at trial.

THE LAW OFFICES OF
BRETT VON GEMMINGEN, LLC
637 W. THIRD AVENUE
ANCHORAGE, AK 99501
TELEPHONE (907) 278-5935 • FACSIMILE (907) 278-2532

# COUNT IV
## [EXEMPLARY DAMAGES]

16. AKEVA hereby incorporates the foregoing paragraphs as if fully set forth herein.

17. The above acts and omissions of Launch Alaska were reckless, malicious and outrageous, and justify an award of exemplary damages in an amount to be determined by the trier of fact in order to prevent Launch Alaska from acting in a same or similar manner under the same or similar circumstances.

18. As a direct and proximate result of Launch Alaska's acts and omissions, AKEVA has been damaged in an amount in excess of One Hundred Thousand Dollars ($100,000.00), the exact amount to be

WHEREFORE, Plaintiff AKEVA prays for the following relief:

1. For a judgment against Defendant Launch Alaska in an amount in excess of One Hundred Thousand Dollars ($100,000.00), the exact amount to be proven at trial, plus return of the AKEVA's property.

2. For an award of exemplary damages against Defendant in an amount to be determined by the trier of fact.

THE LAW OFFICES OF
BRETT VON GEMMINGEN, LLC
637 W. THIRD AVENUE
ANCHORAGE, AK 99501
TELEPHONE (907) 278-5935 • FACSIMILE (907) 278-2532

3. For all interest, costs, and attorney's fees incurred in the successful prosecution of this action.

4. For such further and other relief as the court may deem just and equitable in the premises.

DATED at Anchorage, Alaska this 15th day of March, 2023.

LAW OFFICE OF BRETT VON GEMMINGEN
Attorney for Plaintiff

By: _____
Brett von Gemmingen
ABA No. 8606073

THE LAW OFFICES OF
BRETT VON GEMMINGEN, LLC
637 W. THIRD AVENUE
ANCHORAGE, AK 99501
TELEPHONE (907) 278-5935 • FACSIMILE (907) 278-2532