IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| ALASKA ELECTRIC VEHICLE ASSOCIATION, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| LAUNCH ALASKA, | ) ) |
| Defendant. | ) Case No. 3AN-23-05164 CI ) |

## CIVIL RULE 4(f) AFFIDAVIT

| | |
|---|---|
| STATE OF ALASKA | ) |
| | ) ss. |
| THIRD JUDICIAL DISTRICT | ) |

I, BRETT VON GEMMINGEN, being first duly sworn, depose and state as follows:

1. I am the attorney of record for Plaintiff in the above-entitled action.

2. I filed the complaint in this case on March 13, 2023.

3. A copy of the summons and complaint was served on the Defendant as follows:

*Alaska Electric Vehicle Association v. Alaska Launch,*
Case No. 3AN-23-05164 CI
CIVIL RULE 4(f) AFFIDAVIT
Page -1- of -2-

**EXHIBIT 2**

THE LAW OFFICES OF
BRETT VON GEMMINGEN, LLC
637 W. THIRD AVENUE
ANCHORAGE, AK 99501
TELEPHONE (907) 278-5935 • FACSIMILE (907) 278-2532

| Name of Defendant | Method of Service | Date of Service |
|---|---|---|
| Launch Alaska | Certified mail/ Restricted delivery | March 17, 2023 |

A copy of the green certified mailing card is attached hereto as **Exhibit 1**.

    4. No Defendant remains unserved.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
BRETT VON GEMMINGEN

SWORN TO AND SUBSCRIBED TO before me this 21st day of March, 2023.

_____
NOTARY PUBLIC IN AND FOR THE
STATE OF ALASKA
My Commission Expires: May 5, 2026

[STATE OF ALASKA NOTARY PUBLIC — Pamela S. Hill — My Commission Expires May 5, 2026]

*Alaska Electric Vehicle Association v. Alaska Launch,*
Case No. 3AN-23-05164 CI
CIVIL RULE 4(f) AFFIDAVIT
Page -2- of -2-

THE LAW OFFICES OF
BRETT VON GEMMINGEN, LLC
637 W. THIRD AVENUE
ANCHORAGE, AK 99501
TELEPHONE (907) 278-5935 • FACSIMILE (907) 278-2532



USPS TRACKING #

9590 9402 4285 8190 4102 22

United States Postal Service

RECEIVED MAR 20
LAW OFFICES OF BRETT VON GEMMINGEN

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Sender: Please print your name, address, and ZIP+4® in this box•

Brett von Gemmingen, Esq
637 W. 3rd Avenue
Anchorage, AK 99501

AK Electric Vehicle Assoc. v. Launch Alaska

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Katherine Jernstrom
Registered Agent for
Launch Alaska
607 W. 12th Avenue
Anchorage, AK 99501

9590 9402 4285 8190 4102 22

2. Article Number (Transfer from service label)
3380 0001 0486 9049

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☑ Addressee

B. Received by (Printed Name)
Catherine Jernstrom

C. Date of Delivery
3/17/23

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☑ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

EXHIBIT 1
Page 1 of 1

William M. Bankston
John R. Crone
Bankston Gronning Brecht P.C.
1127 W. 7th Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 276-1711
Email: wbankston@bgbalaska.com
      jcrone@bgbalaska.com

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| ALASKA ELECTRIC VEHICLE ASSOC., ) | |
| ) | |
|          Plaintiff, ) | |
| v. ) | |
| ) | |
| LAUNCH ALASKA, ) | Case No. 3AN-23-05164 CI |
| ) | |
|          Defendant. ) | |

## ENTRY OF APPEARANCE

COMES NOW the law firm of Bankston Gronning Brecht, P.C. and hereby enters its appearance as attorney of record for Defendant Launch Alaska, and hereby requests that all pleadings and documentation be served on it by mail at 1127 W. 7th Avenue, Suite 200, Anchorage, Alaska 99501, or by email at the below listed email address(es).

DATED at Anchorage, Alaska this 4th day of April, 2023.

                    BANKSTON GRONNING BRECHT P.C.
                    Attorneys for Defendant Launch Alaska

                    By: *s/William M. Bankston*
                          Alaska Bar No. 7111024
                          wbankston@bgbalaska.com

                    By: *s/John R. Crone*
                          Alaska Bar No. 1211090
                          jcrone@bgbalaska.com

ENTRY OF APPEARANCE
*Alaska Electric Vehicle Assoc. v Launch Alaska,* Case No. 3AN-23-05164CI     Page 1 of 2
L5255\1\PLEADINGS\APPEARANCE

BANKSTON GRONNING BRECHT P.C.
Attorneys at Law
1127 West 7th Avenue, Suite 200
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358

Case 3:23-cv-00080-SLG   Document 1-2   Filed 04/13/23   Page 4 of 9

Counsel for Defendant consents to service by email to the following addresses: wbankston@bgbalaska.com; jcrone@bgbalaska.com; scrone@bgbalaska.com; cvozar@bgbalaska.com

I HEREBY CERTIFY that a true and correct copy of the foregoing (typed in Times New Roman, 13 pt.) was served upon the following via email on the 4th day of April, 2023:

Brett von Gemmigen     bvglaw@gci.net
637 W. 3rd Avenue     pamelahilllaw@gmail.com
Anchorage, Alaska 99501

*/s/Charlene Vozar, Legal Assistant*

**BANKSTON GRONNING BRECHT P.C.**
Attorneys at Law
1127 West 7th Avenue, Suite 200
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358

ENTRY OF APPEARANCE
*Alaska Electric Vehicle Assoc. v Launch Alaska,* Case No. 3AN-23-05164CI     Page 2 of 2
L5255\1\PLEADINGS\APPEARANCE

William M. Bankston
John R. Crone
Bankston Gronning Brecht P.C.
1127 W. 7th Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 276-1711
Email:  wbankston@bgbalaska.com
       jcrone@bgbalaska.com

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| ALASKA ELECTRIC VEHICLE ASSOC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| LAUNCH ALASKA, ) | Case No. 3AN-23-05164 CI |
| ) | |
| Defendant. ) | |

## STIPULATION AND ORDER

Defendant Launch Alaska and Plaintiff Alaska Electric Vehicle Association, by and through their undersigned counsel, hereby stipulates and agrees that defendant's answer to plaintiff's March 14, 2023 Complaint may be extended to May 5, 2023.

DATED at Anchorage, Alaska this 4th day of April, 2023.

                              BANKSTON GRONNING BRECHT P.C.
                              Attorneys for Defendant Launch Alaska

                              By: *s/William M. Bankston*
                                    Alaska Bar No. 7111024
                                    wbankston@bgbalaska.com

                              By: *s/John R. Crone*
                                    Alaska Bar No. 1211090
                                    jcrone@bgbalaska.com

BANKSTON GRONNING BRECHT P.C.
Attorneys at Law
1127 West 7th Avenue, Suite 200
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358

STIPULATION AND ORDER
*Alaska Electric Vehicle Assoc. v Launch Alaska,* Case No. 3AN-23-05164CI    Page 1 of 2
L5255\1\PLEADINGS\STIPextendAnswer

Case 3:23-cv-00080-SLG   Document 1-2   Filed 04/13/23   Page 6 of 9

LAW OFFICE OF BRETT VON GEMMIGEN
Attorneys for Plaintiff Alaska Electric Vehicle Association

By: *s/Brett von Gemmigen*
    Alaska Bar No. 8606073
    bvglaw@gci.net

## ORDER

IT IS SO ORDERED.

DATED: _____

_____
DANI CROSBY
Superior Court Judge

I HEREBY CERTIFY that a true and correct copy of the foregoing (typed in Times New Roman, 13 pt.) was served upon the following via email on the 4th day of April, 2023:

Brett von Gemmigen    bvglaw@gci.net
637 W. 3rd Avenue    pamelahilllaw@gmail.com
Anchorage, Alaska 99501

*/s/Charlene Vozar, Legal Assistant*

STIPULATION AND ORDER
*Alaska Electric Vehicle Assoc. v Launch Alaska,* Case No. 3AN-23-05164CI     Page 2 of 2
L5255\1\PLEADINGS\STIPextendAnswer

BANKSTON GRONNING BRECHT P.C.
Attorneys at Law
1127 West 7th Avenue, Suite 200
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358

Case 3:23-cv-00080-SLG   Document 1-2   Filed 04/13/23   Page 7 of 9

William M. Bankston
John R. Crone
Bankston Gronning Brecht P.C.
1127 W. 7th Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 276-1711
Email: wbankston@bgbalaska.com
       jcrone@bgbalaska.com

FILED APR 04 2023

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| ALASKA ELECTRIC VEHICLE ASSOC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| LAUNCH ALASKA, ) | Case No. 3AN-23-05164 CI |
| ) | |
| Defendant. ) | |

#1 **STIPULATION AND ORDER**

Defendant Launch Alaska and Plaintiff Alaska Electric Vehicle Association, by and through their undersigned counsel, hereby stipulates and agrees that defendant's answer to plaintiff's March 14, 2023 Complaint may be extended to May 5, 2023.

DATED at Anchorage, Alaska this 4th day of April, 2023.

BANKSTON GRONNING BRECHT P.C.
Attorneys for Defendant Launch Alaska

By: *s/William M. Bankston*
    Alaska Bar No. 7111024
    wbankston@bgbalaska.com

By: *s/John R. Crone*
    Alaska Bar No. 1211090
    jcrone@bgbalaska.com

STIPULATION AND ORDER
*Alaska Electric Vehicle Assoc. v Launch Alaska*, Case No. 3AN-23-05164CI    Page 1 of 2
L5255\1\PLEADINGS\STIPextendAnswer

Case 3:23-cv-00080-SLG   Document 1-2   Filed 04/13/23   Page 8 of 9

BANKSTON GRONNING BRECHT P.C.
Attorneys at Law
1127 West 7th Avenue, Suite 200
Anchorage, Alaska 99501
Tel. (907) 276-1711 · Fax (907) 279-5358

I certify that on 4-5-23
of the following was mailed/e-mailed/hand delivered
to each of the following at their addresses of record

____ ____ B. Von Gemmingen, J. Crone, W. Bankston
Administrative Assistant

LAW OFFICE OF BRETT VON GEMMIGEN
Attorneys for Plaintiff Alaska Electric Vehicle Association

By: *s/Brett von Gemmigen*
Alaska Bar No. 8606073
bvglaw@gci.net

#1

## ORDER

IT IS SO ORDERED.

DATED: 4·5·2023

_____
DANI CROSBY
Superior Court Judge

I HEREBY CERTIFY that a true and correct copy of the foregoing (typed in Times New Roman, 13 pt.) was served upon the following via email on the 4th day of April, 2023:

Brett von Gemmigen        bvglaw@gci.net
637 W. 3rd Avenue         pamelahilllaw@gmail.com
Anchorage, Alaska 99501

*/s/Charlene Vozar, Legal Assistant*

**STIPULATION AND ORDER**
*Alaska Electric Vehicle Assoc. v Launch Alaska*, Case No. 3AN-23-05164CI          Page 2 of 2
LS255\1\PLEADINGS\STIPextendAnswer